```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                      :
UNITED STATES OF AMERICA,             :
                                      :     S2 11cr1072-6 (DLC)
           -v-                        :
                                      :
JUAN TAVAREZ,                         :     ORDER
                                      :
                     Defendant.       :
                                      :
-------------------------------------X
```

DENISE COTE, District Judge:

On August 27, 2025, attorney Ivan E. Mercado filed a motion to waive any potential conflict from representing defendant Juan Tavarez after previously representing the defendant's son Edwin Tavarez. Accordingly, it is hereby

ORDERED that the Court will schedule a <u>Curcio</u> hearing to address this issue once the defendant has arrived in this district.

Dated:   New York, New York
         August 28, 2025

                                        _____
                                              DENISE COTE
                                        United States District Judge