UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :
UNITED STATES OF AMERICA                   :
                                           :        S2 11cr1072-6(DLC)
            -v-                            :
                                           :        ORDER
JUAN TAVAREZ,                              :
                                           :
                        Defendant.         :
                                           :
------------------------------------------ X

DENISE COTE, District Judge:

    Having been informed that the defendant wishes to enter a change of plea, it is hereby

    ORDERED that a conference is scheduled for January 29, 2026 at 2:30 PM in Courtroom 18B, 500 Pearl Street.

Dated:    New York, New York
          January 22, 2026

                                 _____
                                        DENISE COTE
                                 United States District Judge