Ivan E. Mercado
1330 Beacon St., Ste. 300
Brookline, MA 02446
617.284.6700
www.mercadorengel.com
ivan@mercadorengel.com



MERCADO
& RENGEL

May 7, 2026

**VIA ECF**

*Denied.*
*Denise Cote*
*5/7/26*

The Honorable Denise L. Cote
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:   *United States v. Juan Tavarez*, 11 Cr. 1072 (DLC)
        Letter Motion to Modify Conditions of Release – Curfew Hours

Dear Recipient:

Counsel respectfully submits this letter motion on behalf of the defendant, Juan Tavarez, to request that the Court modify his conditions of pretrial release so that his curfew hours be set at the discretion of Pretrial Services.

Following his initial appearance and bond hearing, on October 30, 2025, Mr. Tavarez was released on a $250,000 personal recognizance bond, with conditions that include home detention and location monitoring as directed by Pretrial Services. (Min. Entry, Oct. 30, 2025.) By Judgment entered on April 30, 2026, this Court sentenced Mr. Tavarez to six (6) months' imprisonment, with surrender ordered before on or before June 12, 2026.

Mr. Tavarez remains under active medical care and is being evaluated and treated by multiple providers in advance of his surrender. The 24-hour home detention condition has made it increasingly difficult for him to attend to his medical needs because each departure from the residence requires advance, case-by-case approval, and that requirement has caused delays and, at times, prevented him from keeping appointments at the times his providers recommend. Mr. Tavarez has fully complied with pretrial supervision since October 30, 2025, and the requested modification would not present any risk of nonappearance or risk to the community.

Counsel has conferred with Pretrial Services and the United States Attorney's Office as required by local rule. Pretrial Services does not object to the proposed modification; the United States Attorney's Office objects.

For these reasons, the defendant respectfully requests that the Court enter an order modifying the conditions of pretrial release so that the curfew hours be at the discretion of Pretrial Services pending Mr. Tavarez's surrender on June 12, 2026.

Respectfully submitted,

*/s/ Ivan E. Mercado*
Ivan E. Mercado
Counsel for Defendant Juan Tavarez

cc:    Assistant United States Attorney (by ECF)
       United States Pretrial Services Agency (by Email)