UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X
                         :

UNITED STATES OF AMERICA       :

                      :     S2 11cr1072-6(DLC)

      -v-              :

                      :       ORDER

JUAN TAVAREZ,           :

                      :

             Defendant.  :

                      :

------------------------------------ X

DENISE COTE, District Judge:

The Court intends to modify the proposed order of restitution to require payment of $2,000 (not $2,500) within 30 days. Should the defendant object or wish to be heard, it is hereby

ORDERED that a conference will be held on June 10, 2026 at 11:30 AM in Courtroom 18B, 500 Pearl Street.

IT IS FURTHER ORDERED that counsel must notify the Court of any objection or request for a conference by noon on June 8, 2026.

Dated:    New York, New York
         June 5, 2026

                             _____
                                  DENISE COTE
                      United States District Judge